# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 13CR1292-AJB |
| Plaintiff, ) | |
| ) | **ORDER AND JUDGMENT TO DISMISS** |
| v. ) | |
| JESUS LOPEZ-HERNANDEZ, ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA,

**IT IS HEREBY ORDERED** that the Information in the above-referenced case be dismissed, without prejudice, as to defendant JESUS LOPEZ-HERNANDEZ.

**IT IS FURTHER ORDERED** that defendant JESUS LOPEZ-HERNANDEZ be released from the custody of the United States Marshals Service and returned to the custody of the Department of Homeland Security.

**SO ORDERED.**

DATED: June 26, 2013

Hon. Anthony J. Battaglia
U.S. District Judge